DOCUMENTS UNDER SEAL [ ] TOTAL TIME (mins): 6

| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK | REPORTER/DIGITAL RECORDING: |
|---|---|---|
| | Stephen Ybarra | 11:16 - 11:22 |
| MAGISTRATE JUDGE | DATE | NEW CASE [ ] / CASE NUMBER |
| ALEX G. TSE | October 9, 2026 | 3:26-mj-70927-MAG |

## APPEARANCES

| DEFENDANT | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | PD. [X] RET. [ ] APPT. [ ] |
|---|---|---|---|---|---|
| Yasiel Antonio Colindres-Erazo | 18 | Y | P | Ana Botello | |

| U.S. ATTORNEY | INTERPRETER | [ ] FIN. AFFT SUBMITTED | [ ] COUNSEL APPT'D |
|---|---|---|---|
| Maya Beth Karwande | n/a | | |

| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | DEF ELIGIBLE FOR APPT'D COUNSEL [ ] | PARTIAL PAYMENT OF CJA FEES [ ] |
|---|---|---|---|
| | Allyse Johnson | | |

## PROCEEDINGS SCHEDULED TO OCCUR

| | | | | |
|---|---|---|---|---|
| [X] INITIAL APPEAR 5 | [ ] PRELIM HRG | [ ] MOTION | [ ] JUGM'T & SENTG | [ ] STATUS [ ] TRIAL SET |
| [X] I.D. COUNSEL 1 | [ ] ARRAIGNMENT | [ ] BOND HEARING | [ ] IA REV PROB. or or S/R | [ ] OTHER |
| [ ] DETENTION HRG | [ ] ID / REMOV HRG | [ ] CHANGE PLEA | [ ] PROB. REVOC. | [ ] ATTY APPT HEARING |

## INITIAL APPEARANCE

| | | | |
|---|---|---|---|
| [X] ADVISED OF RIGHTS | [X] ADVISED OF CHARGES | [X] NAME AS CHARGED IS TRUE NAME | [ ] TRUE NAME: |

## ARRAIGNMENT

| | | | |
|---|---|---|---|
| [ ] ARRAIGNED ON INFORMATION | [ ] ARRAIGNED ON INDICTMENT | [ ] READING WAIVED SUBSTANCE | [ ] WAIVER OF INDICTMENT FILED |

## RELEASE

| | | | | |
|---|---|---|---|---|
| [ ] RELEASED ON O/R | [ ] ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | [ ] PASSPORT SURRENDERED DATE: |

| | | |
|---|---|---|
| PROPERTY TO BE POSTED [ ] CASH $ | CORPORATE SECURITY [ ] | REAL PROPERTY: [ ] |

| | | | | | |
|---|---|---|---|---|---|
| [X] MOTION FOR DETENTION | [X] PRETRIAL SERVICES REPORT | [ ] DETAINED | [ ] RELEASED | [ ] DETENTION HEARING AND FORMAL FINDINGS WAIVED | [X] REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

## PLEA

| | | | |
|---|---|---|---|
| [ ] CONSENT ENTERED | [ ] NOT GUILTY | [ ] GUILTY | GUILTY TO COUNTS: [ ] |
| [ ] PRESENTENCE REPORT ORDERED | [ ] CHANGE OF PLEA | [ ] PLEA AGREEMENT FILED | OTHER: |

## CONTINUANCE

| | | | | |
|---|---|---|---|---|
| TO: 10/13/26 | [ ] CONFIRM ATTY APPOINTMENT | [ ] BOND HEARING | [ ] STATUS RE: CONSENT | [ ] TRIAL SET |
| AT: 11:00 AM | [ ] SUBMIT FINAN. AFFIDAVIT | [ ] PRELIMINARY HEARING | [ ] CHANGE OF PLEA | [X] STATUS Re Detention & Prelim |
| BEFORE HON. AGT | [ ] DETENTION HEARING | [ ] ARRAIGNMENT | [ ] MOTIONS | [ ] JUDGMENT & SENTENCING |
| [ ] TIME WAIVED | [ ] TIME EXCLUDABLE UNDER 18 § USC 3161 | [ ] IDENTITY / REMOVAL HEARING | [ ] PRETRIAL CONFERENCE | [ ] PROB/SUP REV. HEARING |

## ADDITIONAL PROCEEDINGS

AUSA orally moves to unseal entire case - Granted. DPPA advised.

DOCUMENT NUMBER: